UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dontae Mathis, | Case No.: 2:23-cv-0892-JAD-BNW |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Dismissing Case** |
| Robert Stephens, et al., | [ECF No. 3] |
| Defendants | |

The magistrate judge has screened Plaintiff Dontae Mathis's complaint against Assistant District Attorney Robert Stephens and District Judge Monica Trujillo, found that both are immune from this suit, and recommends that this case be dismissed and closed without prejudice to Mathis's ability to pursue habeas relief for the conduct he alleges.[1] The deadline for Mathis to object to that recommendation passed without objection or request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 3] is ADOPTED** in its entirety. This case is DISMISSED without

. . .

---

[1] ECF No. 3.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

leave to amend, and the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 4, 2023